# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2011

143204 & (3)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GRIEVANCE ADMINISTRATOR,
          Petitioner-Appellant/
          Cross-Appellee,

v

MICHAEL L. STEFANI,
          Respondent-Appellee/
          Cross-Appellant.

SC: 143204
ADB: 09-47-GA

_____/

On order of the Court, the application for leave to appeal and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2011

_____
Clerk

p1019